**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Jamie  Brown,

                Plaintiff,

              -against-

EOS CCA, Inc.,

            Defendant.

Docket No: 2:15-cv-03597-DRH-ARL

### STIPULATION OF DISMISSAL
### PURSUANT TO FED. R. CIV. PROC. §41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties

and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed

with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each

party to bear its respective attorneys' fees and costs.

MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN

       Joseph Hess
Joseph Hess, Esq.
425 Eagle Rock Ave., Suite 302
Roseland, New Jersey 070a68
(973) 618-4157
*Attorneys for Defendant*

BARSHAY SANDERS, PLLC

      /s  Craig B. Sanders
Craig B. Sanders, Esq.
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Fax  (516) 706-5055
Our File No: 109109
*Attorneys for Plaintiff*